■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BRYAN COHEN, Respondent. [635 NYS2d 38] —Appeal by the People from an order of the County Court, Westchester County

(Angiolillo, J.), entered November 18, 1994, which modified the defendant's sentence of imprisonment, imposed pursuant to Penal Law § 60.01 (2) (d), as a condition of his probation.

Ordered that the appeal is dismissed.

Penal Law § 60.01 (2) (d) expressly states, in relevant part, that a sentencing court may impose a sentence of imprisonment to be served concurrently with, and as "a condition of", a term of probation. Inasmuch as the sentence of imprisonment imposed here constituted a condition of probation, the court possessed the authority to modify that condition (CPL 410.20; Penal Law § 65.00 [2]). Moreover, since the People do not possess the right to appeal from an order lawfully modifying a condition of probation pursuant to CPL 410.20, the appeal must be dismissed (see, CPL 450.20, 450.30 [2], [3]). Bracken, J. P., Rosenblatt, Miller and Krausman, JJ., concur.